IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:    4:16-cr-00014 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Senior Judge Christopher A. Boyko |
| | ) | |
| DERRICK BROWN, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

This matter was before the Court on April 8, 2026, for hearing on the Government's request for revocation of Defendant Derrick Brown (1) supervised release. The Defendant was present and represented by counsel.

A Supervised Release Violation hearings were held by Magistrate Judge Reuben J. Sheperd on March 24, 2026, at which time the court found that defendant violated and admitted the terms of his supervised release as alleged in Violations:

**Violation 1: Illicit Drug Use:**

Mr. Brown submitted a drug screen on 02/02/2026, which presumptively tested positive for THC Metabolite (marijuana) and methamphetamines. Mr. Brown admitted to using marijuana and denied methamphetamine use. The sample was sent to Abbott Toxicology, and the results returned on 02/24/2026, confirming positive drug test for THC Metabolite and methamphetamine.

**Violation 2: Failure to Abide with Substance Abuse Testing:**

On 05/02/2025, a sweat patch was applied to Mr. Brown in lieu of urine testing. Mr. Brown was advised that he is not permitted to remove the sweat patch. On 05/06/2025, Mr.

Brown reported to the probation office with the sweat patch in a plastic bag. Mr. Brown advised that he removed the sweat patch. Mr. Brown admitted to marijuana use prior to the collection of the urine screen. A urine sample was conducted, which rendered a presumptive positive for marijuana; however, due to strict criteria to confirm THC, the test was not confirmed positive at the national laboratory.

**Violation 3: Failure to Abide with Substance Abuse Treatment:**

On 02/02/2026, Mr. Brown was advised on 11/05/2025 and 01/30/2026 that he would be required to complete an updated substance abuse assessment due to continued drug usage. Mr. Brown refused to complete an updated substance abuse assessment and stated that he would not return to substance abuse treatment. Mr. Brown signed a 'Notice of  Action', acknowledging his refusal to comply with the terms of his supervised release.

**Violation 4: Illicit Drug Use (originally reported on 12/08/2025):**

Mr. Brown submitted a drug screen on 11/05/2025, which presumptively tested positive for THC (marijuana). Mr. Brown admitted to using marijuana. The sample was sent to Abbott Toxicology, and the results returned on 11/18/2025, confirming positive for THC Metabolite.

The Magistrate Judge issued a Report and Recommendations on March 24, 2026. The Court adopts the Magistrate Magistrate Judge Reuben J. Sheperd Report and Recommendations.

The Defendant is sentenced 9 months total custody in the Bureau of Prisons, followed by no supervised release. Defendant to report to the United States Marshal in Youngstown at noon, April 10, 2026. Counsel to advise Defendant of his appellant rights.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

DATED: April 8, 2026